IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTJE CUSAMO, Individually, as
Surviving Spouse, and on Behalf of the
Estate of FELIX CUSANO, Deceased;
CATHY BROWNLEE, Individually, as
Surviving Spouse, and on Behalf of the
Estate of HAROLD C. BROWNLEE,
Deceased; JEAN WILLIAMS, Individually,
as Surviving Spouse, and on Behalf of the
Estate of JACK R. WILLIAMS, Deceased;
JUDITH A. SHUTE, Individually, as
Surviving Spouse, and on Behalf of the
Estate of MELVIN SHUTE, Deceased;
PRISCILLA A. TYLER, Individually, as
Surviving Spouse, and on Behalf of the
Estate of JIMMY TYLER, Deceased;
MELVIN RAY MCQUEEN, Individually,
as Surviving Son, and on Behalf of the
Estate of MELVIN EUGENE MCQUEEN,
Deceased; ZENOBIA BROCK, Individually,
as Surviving Spouse, and on Behalf of the
Estate of TOM BROCK, Deceased;

CASE NO. 07-20367-CIV-Hoeveler

    Plaintiffs,

vs.

MEDTRONIC, INC.,

    Defendant.
_____/

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that, on December 7, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued a Transfer Order in MDL 1726, entitled *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation* ("MDL 1726"). The Transfer Order consolidates and transfers "all related actions" to the Honorable

James M. Rosenbaum in the United States District Court for the District of Minnesota for pre-trial purposes. A copy of the Transfer Order is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, on January 20, 2006, United States Magistrate Judge Arthur J. Boylan entered a Pretrial Order in MDL 1726, which, pursuant to stipulation by and between Co-Lead MDL Counsel for Plaintiffs and Lead Counsel for Medtronic, Inc. and Medtronic USA, Inc. (collectively "Medtronic"), was amended by Pretrial Order No. 3, dated February 10, 2006. Pursuant to the Pretrial Order, as amended, Medtronic is no longer required to file an answer or other responsive pleading in any related action pending its transfer to MDL 1726. *See* Paragraphs 22.B and 17.B of the Pretrial Order and Paragraph 3 of Pretrial Order No. 3, copies of which are attached hereto as Exhibits 2 and 3, respectively.

PLEASE TAKE FURTHER NOTICE that Medtronic will file with the JPML a Notice of Potential Tag-Along Actions in order to have the above-captioned action transferred to the United States District Court for the District of Minnesota to be consolidated with MDL 1726.

Dated: May 10th, 2007

_(signature)_

Dan E. Gustafson, Esq.
Gustafson Gluek PLLC
650 Northstar East
608 Second Ave. S
Minneapolis, MN 55402
*[By counsel for Medtronic, Inc. and
Medtronic USA, Inc. with express permission]*

Charles S. Zimmerman, Esq.
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
*[By counsel for Medtronic, Inc. and
Medtronic USA, Inc. with express permission]*

*Plaintiffs' Co-Lead Counsel MDL 1726*

_(signature)_

Alvin B. Davis
Florida Bar No. 218073
abd@steelhector.com
Digna B. French
Florida Bar No. 0148570
dfrench@steelhector.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Blvd., Suite 4000
Miami, Florida 33131
Tel.:   305.577.2835
Fax.   305.577.7001

and

Lori G. Cohen
Greenberg Traurig, LLP
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
cohenl@gtlaw.com
Tel:    678.553.2100
Fax:   678.553.2212

*Counsel for Medtronic, Inc. and Medtronic
USA, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail this _10th_ day of May, 2007 to Neil D. Overhotlz, Esq., Aylstock, Witkin & Sasser, PLC, 4400 Bayou Boulevard, Suite 58, Pensacola, Florida 32503-1909.

By: Digna B. French